371 A.2d 218

Brodzik et ux. v. Goodwin, Appellant.

Submitted June 22, 1976.   Carl N. Martin, II, and Duane, Morris & Heckscher, for appellant;  Barton A. Haines, and Stephen C. Josel, for appellees.

Order affirmed.

371 A.2d 218

Clews, et al., Appellants, v. Shields.

Argued December 12, 1975.   Martin A. Heckscher, with him Gene E. K. Bruton, for appellants;  Thomas J. Burke, for appellee.

Judgment affirmed.